UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KELEUL MEKONNEN BUNARO            DOCKET NO. 1:26-CV-0101

VERSUS                            JUDGE ROBERT R. SUMMERHAYS

ICE                               MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 25th day of June, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE